[No. 34091-3-I.    Division One.    July 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BENSON
CARVER JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02686-9, Ricardo S. Martinez, J., entered
February 7, 1994. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 34436-6-I.    Division One.    July 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D.
SYKES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05206-1, Harriett M. Cody, J., entered
April 11, 1994. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster and Ellington, JJ.

[No. 34923-6-I.    Division One.    July 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLANDO
CEPEDO ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04109-4, Robert H. Alsdorf, J., entered
July 8, 1994. *Reversed* by unpublished opinion per Baker,
C.J., concurred in by Agid and Ellington, JJ.

[No. 35787-5-I.    Division One.    July 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD A.
BARROW, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-07788-9, Ann Schindler, J., entered
November 21, 1994. *Affirmed* by unpublished per curiam
opinion.